No. 97–7672. IN RE WYATT. Petition for writ of mandamus denied.

No. 97–8535 (A–728). IN RE REMETA. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 97–1192. SWIDLER & BERLIN ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari granted.

No. 97–1235. CITY OF MONTEREY v. DEL MONTE DUNES AT MONTEREY, LTD., ET AL. C. A. 9th Cir. Certiorari granted.

No. 97–6203. JONES v. UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted.

No. 96–6148. NAJERA-OJEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6234. ROMERO-MOLINA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6419. SANDERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6567. KILLORAN, AKA GIBSON, AKA PROBERT v. UNITED STATES; and
No. 96–6647. LOPEZ-RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 100 F. 3d 970.

No. 96–7437. PADILLA-GALLARDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.